UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-20079-CIV-HUCK

LIL' JOE WEIN MUSIC, INC., a Florida Corporation,

Plaintiff,

v.

CURTIS JAMES JACKSON, p/k/a 50 CENT, SHADY RECORDS, INC., a New York Corporation, AFTERMATH ENTERTAINMENT, INC., a California Corporation, INTERSCOPE RECORDS, INC., a Delaware Corporation, UNIVERSAL MUSIC & VIDEO DISTRIBUTION, CORP., a California Corporation,

Defendants.
_______________________________________/

**DEFENDANTS' SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through undersigned counsel, hereby supplements their pending Motion for Summary Judgment with evidence of an additional prior use of the chant "it's your birthday."

1. Specifically, Defendants have discovered since filing their Motion that in 1993, a group known as "The Incredible Crew" released a song called "Bounce (It's Your Birthday)," which incorporates, repeatedly, the identical lyrics and rhythms as the Luther Campbell song at issue, "It's Your Birthday," including "go, go, go, go;" "Go [name];" and "it's your birthday." Although not an exact count, "go, go, go , go" is repeated at least 26 times in the song; "Go [name]" is repeated at least 34 times; and "it's your birthday" is repeated at least 12 times.



2. Defendants hereby supplement the record to include a compact disk version of The Incredible Crew's "Bounce (It's Your Birthday)," together with a copy of the copyright registration and related press articles. According to press accounts, "Bounce (It's Your Birthday)" was somewhat of a hit on the east coast, including Florida where Luther Campbell resides, and had an accompanying video on BET.

3. This newly discovered evidence is highly relevant to the arguments contained in Defendants' Motion for Summary Judgment, including the lack of originality of Plaintiff's work, "It's Your Birthday."

Dated this 22nd day of September, 2006.

Respectfully submitted,

Russell J. Frackman, Esq.
MITCHELL SILBERBERG & KNUPP, LLP
Trial Counsel for Defendants
Universal and Interscope Records
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: 310-312-2000
Facsimile: 310-312-3100

and

KAREN L. STETSON, ESQ.
Trial Counsel for Defendants
Curtis James Jackson p/k/a 50 Cent and
Shady Records, Inc.
and Local Counsel for Defendants
Universal and Interscope Records
P.O. Box 403023
Miami, Florida 33140
Telephone: 305-532-4845
Facsimile: 305-604-0598

By: ______________________
Karen L. Stetson
Florida Bar No. 742937
Meredith A. Frank
Florida Bar No. 502235

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. Mail and facsimile to Richard Wolfe, Esq., Wolfe & Goldstein, P.A., 100 Southeast 2nd Street, Suite 3300, Miami, Florida 33131 on this 22nd day of September, 2006.

By: _______________________
Karen L. Stetson



THE INCREDIBLE CREW
Bounce
(It's Your Birthday)
A Side
REG1029P LP
33 1/3 RPM
STEREO
Radio (4:29)
Executive Producer: Cornell Brown
Producer: Cornell Brown
Arranged by Cornell Brown and Andrew St. Aimee
Written by Cornell Brown, Andrew St. Aimee and Ignacio Brown
Engineered by Larry Lessard & Cornell Brown
at Brown Genie Studio
Mixed by Mark Tanser at Blue Jay Studio, Carlile, MA
Background Vocals: Madeline Brown,
Cornell Brown and 2 Tha Point
Bosstown Music, ASCAP
℗ © 1993 Bosstown Records • 304 Newbury Street • Suite 246 • Boston, MA 02115 • (617) 298-3353 • Fax (617) 298-3234

D 0604



THE INCREDIBLE CREW
Bounce
(It's Your Birthday)
33 1/3 RPM
STEREO
B Side
BEG1029P LP
Club Radio (4:21)
Executive Producer: Cornell Brown
Producer: Cornell Brown
Arranged by Cornell Brown and Andrew St. Aimee
Written by Cornell Brown, Andrew St. Aimee and Ignacio Brown
Engineered by Larry Lessard & Cornell Brown
at Brown Genie Studio
Mixed by Mark Tanser at Blue Jay Studio, Carlile, MA
Background Vocals: Madeline Brown,
Cornell Brown and 2 Tha Point
Bosstown Music, ASCAP
1993 Bosstown Records • 304 Newbury Street • Suite 246 • Boston, MA 02115 • (617) 298-3353 • Fax: (617) 298-3234

D 0605

U.S. Copyright Office - Search Records Results page 1 of 1

**Copyright** | Search Records Results

Registered Works Database (Title Search)
**Search For:** BOUNCE (IT'S YOUR BIRTHDAY)
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | SR-168-342 |
| Title: | Bounce (it's your birthday) |
| Imprint: | Bosstown Records BEG1029-CD, c1993. |
| Description: | Compact disc. |
| Note: | 2 versions. |
| | Performed by the alncredible Crew. |
| Claimant: | (c) (p) on words, music, arr., recording; acCornell Brown , 1952- |
| Created: | 1993 |
| Published: | 1Mar93 |
| Registered: | 11May93 |
| Special Codes: | 3//N/D |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

http://www.loc.gov/cgi-bin/formprocessor/copyright/locis.pl D 0606 9/12/2006

1 of 1 DOCUMENT

Copyright 1993 Globe Newspaper Company
The Boston Globe

June 27, 1993, Sunday, City Edition

**SECTION:** CITY WEEKLY; Pg. 10

**LENGTH:** 1082 words

**HEADLINE:** Dorchester's Brown siblings findentertainment is in their genes; CITY WEEKLY / NIGHT & DAY

**BYLINE:** By Sandy Coleman, GLOBE STAFF

**DATELINE:** DORCHESTER

**BODY:**

Kitty Kat Brown, a member of the new rap-R&B group The Incredible Crew, fell asleep during her interview. During the photo shoot, she and her two brothers, Naci B. and Supa Mario, competed to come up with the most "fly" pose. And Kitty Kat couldn't resist sticking out her tongue despite being told more than once not to make funny faces at the camera.

Such behavior might be unexpected of a group music industry officials are calling up-and-coming stars. But when the rising stars are 4, 6 and 7 years old, it comes with the territory. In fact, it is a big part of the appeal.

Meet The Incredible Crew: Kitty Kat Brown (a.k.a. Victoria Brown), 4, Supa Mario (Mario Brown), 6, and lead rapper Naci B. (Ignacio Brown), 7.

All personality and charm, the children could, according to their father/producer/promoter/backup vocalist, Cornell Brown, be the next Jackson 5 - minus two, of course. Those in the entertainment business contacted for comment aren't using the "J" word yet. But they say the crew has a combination of cuteness and talent that, with the right handling, could make the group a national hit, following the path of young groups like Kris Kross.

The Incredible Crew already has a single (on cassette and CD) on sale in Boston-area record stores. There is a music video, too. The group is working on an album called "Not a Dirty Word," to be released in six to eight weeks on Bosstown Records, Cornell Brown's record company. And a tour is planned.

Radio station WILD-FM, which gives the single "Bounce (It's Your Birthday)" significant air play, has booked the crew for several events.

"They're a tremendously hot group," said Monte Bowens, WILD general manager. "I'm impressed with the crowd reaction. People love them, even men. . . . Women have reacted with, 'Oh, they're so cute.' Kids relate to them. The rap and the music is pretty strong. I predict they're going to catch on all over the country."

Sitting in the casual elegance of the Dorchester home they share with their father; their mother, Madeline Brown; and their 19-month-old sister, Naci B. and Supa Mario (in matching jeans and T-shirts) and Kitty Kat (in short overalls and boots) were taking things in stride.

Naci B. was the first to reveal that he wanted to be in a music group. He had watched his father, who started Bosstown Records two years ago, produce and promote other local acts. So Naci B. told his dad he wanted his own group.

At first, Brown humored the child, not taking his request seriously. "I see Ignacio as a kid with glasses who goes to his room and reads," Brown said. "I didn't see Ignacio as a rapper."

When his son came home with his first report card full of A's, however, Brown decided to reward him by fulfilling his

request.

What one child does the others often do, said Brown, noting that his children like to compete with each other for attention. So before long, Mario and Victoria became involved.

"I like to dance, and I like to sing and rap," said Naci B.

"I saw my brother ask," Supa Mario added.

"And I saw Naci do it, and Mario do it, and I wanted to to it too," Kitty Kat chimed in with a laugh. Reclining on a leather couch with her feet crossed, she frequently offered to write her comments in a notebook instead of speak them. At 4, she is able to write her name - Kit.

"She likes doing autographs," her father said.

Brown, whom friends call "Brown Genie," has been drawn to the entertainment business since childhood. He even had his own single released in 1985 - "Five Minutes of Love Talk." In addition to his own children's group, he produces and promotes 2 Tha Point, Johnny G., and Tara. Madeline Brown, who also sings, provides technical support. The music is recorded downstairs in the Browns' basement studio. Promoting family values The Incredible Crew's upcoming album will have songs that promote things the family values, like doing homework, not talking back to parents and not using dirty words.

"When I was a kid, everybody used to listen to the same song," said Brown. "But today, if a mother and son are sitting together, you are embarrassed to listen to a song . . . . We want to bring families together."

The group's first live performance was in April in Saugus in front of the Boston Record Pool, an association of area disc jockeys.

Supa Mario's tooth had fallen out. "And he said, 'I can't let anybody see me like this.' " said his mother.

"I was shy," said Mario, lounging on a soft leather chair.

So Naci B. put on the sunglasses he and his siblings wear on stage and performed with 2 Tha Point providing backup dancing. Kitty Kat was supposed to go on as well, but she forgot her cue.

Arnie Ward, president of Boston Record Pool, said he watched the reaction of the disc jockeys during the show. A typically critical bunch, they enjoyed the crew, he said.

Since then, performances have gone smoother. The crew performed at a WILD festival in front of at least 15,000 people. And earlier this month, the group performed at the Comedy Connection at Faneuil Hall for the Black Comedy Showcase. The producer liked the children so much, he wants them back when Black Entertainment Television comes to tape the comedy showcase.

"They're very talented," said Paul Barclay, Comedy Connection producer. "I remember seeing a lot of Maurice Starr's projects growing up, like New Kids on the Block. . . . These kids are just as good." Adjusting to the spotlight Being in the spotlight is already having an affect. When some of the crew's fans recently recognized Kitty Kat and pointed, Kitty Kat turned to her father and said: "Daddy, how do they know me? I don't want them to know me."

Said Cornell Brown: "We have to tell little girls, 'Sorry, Naci can't come out and play.' They tell him how great he is."

Brown said that although this sudden burst of attention is exciting for the family, he wants his children to remain children and not miss out on any of the joys that entails. He has also prepared them for the downside of being a musician.

"I always explain to the kids that people are going to like you more when you're on stage," he said. "People come to them and say, 'You're going to be rich, you're going to be this or that.' Everyone loves them today, but who knows who will love them three years from now. So I try to tell them the truth."

That doesn't stop the crew from aiming high, however.

"I'd like to be famous," said Naci B., "like the little boy on 'Home Alone.' "

**GRAPHIC:** PHOTO, Cornell and Madeline Brown huddle with their little rappers, Mario, Ignacio and Victoria.

Copyright 2001 BPI Communications, Inc
Used with permission from Billboard
Billboard

October 27, 2001

**SECTION:** SPOTLIGHT, Articles;

**LENGTH:** 1345 words

**HEADLINE:** The Billboard Spotlight On Hot'Lanta: Local Acts Await Discovery - Crossing Genres And Building Audiences, Atlanta Artists Attract Attention

**BYLINE:** RHONDA BARAKA

**BODY:**

Like every budding music metropolis (or any other city in the civilized world), there are artists struggling to make it in music. Often suspended between local heroism and superstardom, they labor tirelessly to get their music before the public and into the hands and ears of record executives who can turn their dreams into reality.

Atlanta is no exception. Names as well-known as OutKast, Indigo Girls and Collective Soul were once as unrecognizable as those of the country-

western singer down the block who belts out cover tunes on karaoke night or the teenage R&B quartet who wins first place at all the area talent shows. Seeing the multiplatinum success of the many artists who call Atlanta home may have made it easier for some of the city's aspiring artists to get noticed by major labels, but there are lots of rappers, singers and bands in Atlanta who are still waiting for their big break. Unlike artists of old who simply recorded demos and shopped them to labels, many of these acts have recorded and released their own full-length CDs and have been successful at marketing and selling themselves and their music to local and regional audiences-some in an attempt to get signed to a major label, others in lieu of doing so.

EL PUS

www.elpus.com

After more than five years of being a mainstay in Atlanta's thriving and eclectic underground, El Pus (pronounced el-poose) signed earlier this year with producer Matt Serletic's Melisma Records. Consisting of Cufi Delpus (vocals, guitar, keyboards), Cosmo Broun Delpus (vocals, bass, guitar), Tony Delpus (guitar), the Woodchuck (bass) and Enrique (drums), El Pus dishes out a brand of "hood rock alternative" music that Cufi says is characterized by "beats, rhymes, guitars, melodies and distortion." The band's official description of its sound is "hip-hop smoothed out on a punk-rock tip with a ghetto feel." El Pus' as-yet-untitled debut CD and its first single, "Arrogant," are due early next year. The band's previous CD was Strange Cowboys, released in 1998 on Vagabond Productions/Toshiba-EMI Japan.

INCREDIBLE CREW

www.dontthink.com

Sibling duo Incredible Crew adds to the growing list of pre-adolescent acts breaking into hip-hop. Ignacio Brown, 16, and brother Mario Brown, 14, embrace what they call a "clean, fresh" rap style. The Boston-born brothers have been in the business for more than eight years, having first emerged in 1993 with the release of the novelty hit, "Bounce (It's Your Birthday)," a song that their father and manager, Cornell Brown, allowed Ignacio to record as a reward for a good report card. The group's CD So Incredible is slated for release next February on indie Don't Think Records. Ignacio describes the album as "perfect for older and younger crowds." He says, "It's not bubblegum, not hardcore. It's right in the middle." Adds Mario, "We're telling our life stories in some of them, but, in most of them, we're just having fun, partying." The first single/title track is due in October. Don't Think is a two-year-old Atlanta-based label whose roster also includes 9-

year-old Baby G (the Brown brothers' younger sister) and pop trio Lucky.

MODERN HERO

www.modernhero.net

One part classic rock, one part soul is the way mixed-gender trio Modern Hero classifies its sound. Comprised of singer/songwriter/guitarist Jeffrey Butts, bassist/background vocalist Tony Belser and drummer Karman Gossett, Modern Hero has earned a solid following in and around Atlanta since its inception two years ago. The group's debut release is an 11-song CD called Threedom in Stereo. Frontman Butts, a native of the Bronx, N.Y., describes the album as "a family of songs that all belong together and integrate with one another. Sonically, it's pop, with lush flowing melodies." Released independently last March, the album has sold about 1,500 units. The next single, "Arms of Love," is slated for a late-

October release. Written entirely by Butts-with the exception of the band's cover of Eurythmics' "Here Comes the Rain Again" - Threedom in Stereo represents the merging of the band members' personal styles and influences (common among them is Led Zeppelin) to create a sound that they say is not easily pegged. "Basically, we just do what we do," says Belser. "We put on a great live show. We write the best songs we can, but, whatever you do as an artist, you're gonna get lumped into categories. We just want to be recognized as a great band, a force to be reckoned with, be recognized as a group of individuals-because we are different: we look different, we sound different. We're not typical." Adds Butts, "I just wanted to make a record that was good, that I was happy with. I'd love to just raise the bar on radio. I see us as the future of music that has absolutely no boundaries."

THE TOM COLLINS

www.thetomcollins.com

Lead singer Fran Capitanelli says the music of his band, The Tom Collins, is an intentional throwback to the days of Led Zeppelin, the Who and the Beatles. "We're really influenced by the late-'60s British-invasion bands," he says. "We emulate them as much as possible. We use all the same gear that they used. Most of my gear is older than I am." Describing the band's music as "classic rock with a little bit of an alternative twist," Capitanelli says the band is proud of its resemblance to bands of yesteryear. "We're trying to emulate something that took place 25 or 30 years ago, and, when you talk to anybody that saw any of those bands like the Who, they're always like, OOh, I saw the Who in 1972. It was the most amazing thing I've ever seen. You'll never see anything like that today.' But actually you can-because we've got it." Comprised of Capitanelli (guitar/vox), Frank MacDonell (guitar), Craig McQuiston (bass/vox) and Kyle Spence (drums), the Tom Collins is a three-year-old Atlanta favorite. "We've been accepted very well by the public here, and we've had a very consistent draw for the last two years," says Capitanelli, a native Californian. The Tom Collins' latest CD, Deep Cuts, was released this month. Like most indie acts, Capitanelli says, his band enjoys the liberties that come with being independent but longs for the kind of financial security that a major label deal can usually offer. Capitanelli, who considers himself "a lifer," says The Tom Collins plans to stay in the game without being "the next thing that was just like the last thing."

ULTRABABYFAT

www.ultrababyfat.com

If the name doesn't get your attention, the music will. The alternative pop-rock quartet known as Ultrababyfat is comprised of childhood friends Shonali Bhomik (guitar) and Michelle DuBois (guitar), along with bass guitarist Britta Phillips and drummer Shane Sanders. Bhomik says the band's music, which has been featured on various indie film soundtracks and has won numerous awards, critical acclaim and a slot on the recent Warped Tour, is an amalgam of styles and influences. Her description: "Sweet pop, showcasing a musical breadth ranging from straightforward pop crunch and rock-heavy velocity to slightly twisted psychedelia, blending the guitar attack of early Cheap Trick, the vocal gymnastics of Throwing Muses, and the pop sensibilities of the Bangles, the Breeders and the Beatles" without running out of breath. Formed in 1993, Ultrababyfat released Dragons Go Away, its first full-length CD, in 1995 on Atlanta indie Sister Ruby Records. They followed with 1998's Silver Tones Smile on Velvet, a BMG-distributed major-indie. Their current CD, Eight Balls in Reverse, was released last May on two-year-old San Diego-based Orange Recordings and features the current singles "Bored in Paris" and "Grushy." Bhomik says Ultrababyfat is not waiting to be discovered, noting, "We've never shopped our music. We may be lucky in many ways, but we keep moving forward in making contacts. We're not afraid to call a huge band and say, 'Hey, we wanna go on tour with you,' and we're not scared to do a lot of the things that we do with or without help from the bigwigs. Because of that, people call us."

Don't Think Records - entertainment producers featuring young, gospel, rap, hip hop artists. page 1 of 3

**Incredible. Extraordinary. Too good to be true.**

**The talented twosome from Atlanta** [illegible]

[illegible]

[illegible] "Latin Party", a song where the [illegible] a nod to their Puerto Rican heritage. "We're half Puerto Rican," explains [illegible]

http://web.archive.org/web/20020205194426/www.dontthink.com/incredcrew/incrediblecrew.htm 9/12/2006

D 0611

Don't Think Records - entertainment producers featuring young, gospel, rap, hip hop artists.

page 2 of 3

D 0612

... "It's not like we're black and Puerto Rican, we're Black Ricans. With our music we want to make sure that comes across. We want to reach everyone and hopefully everyone will support us."

SO INCREDIBLE

Another [illegible] song [illegible] by [illegible] and an infectious [illegible] Incredible Crew [illegible] can't do [illegible] the Incredible [illegible] had to show." [illegible] say this [illegible] they [illegible] before [illegible]."

incredible

**Incredible Crew** [illegible] into the music [illegible] 1993 [illegible] Baby Girl [illegible] recording [illegible] (It's Your Birthday) [illegible] industry veteran Cornell Brown [illegible] as a reward for a good [illegible] Clubs [illegible] to Boston [illegible] (It's Your B[illegible]) [illegible] created [illegible] [illegible] again [illegible]

[illegible]

[illegible] As sisters [illegible] overall image [illegible] enjoy our music as much as we do."

**Incredible Crew** [illegible] out the box living up to its name and proving that some things really aren't too good [illegible]

http://web.archive.org/web/20020205194426/www.dontthink.com/incredcrew/incrediblecrew.htm

9/12/2006

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** 06-20079-CV-Huck

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☑ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = ______________________________

# PLEASE REFER TO COURT FILE