IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20079-CIV-HUCK/SIMONTON

LIL' JOE WEIN MUSIC, INC., a Florida
Corporation,

        Plaintiff,

vs.

CURTIS JAMES JACKSON, p/k/a 50
CENT, SHADY RECORDS, INC., a New
York Corporation, AFTERMATH
ENTERTAINMENT, INC., a California
Corporation, INTERSCOPE RECORDS,
INC., a Delaware Corporation, UNIVERSAL
MUSIC & VIDEO DISTRIBUTION CORP.,
a California Corporation

        Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF ITS RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby files the attached exhibits in support of its response to Defendants'

Motion for Summary Judgment.

1.   Declaration of Joseph Weinberger

2.   Deposition of Lawrence Ferrara, pp. 64-65.

## CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Karen Stetson, Esq., P.O. Box 403023, Miami,

FL 33140, Russell Frackman, Esq., Mitchell, Silverberg & Knupp, LLP, 11377 West Olympic

Blvd., Los Angeles, CA 90064 on September 26, 2006.

Rec'd in MIA Dkt 10-5-06



WOLFE & GOLDSTEIN, P.A.
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116

By: _____
RICHARD C. WOLFE
FL Bar No. 355607
MARK GOLDSTEIN
FL Bar No. 882186

H:\Lil' Joe Records\v. Universal Music\Pldgs\notice of voluntary dismissal.doc

Page 1

1

2      IN THE UNITED STATES DISTRICT COURT

3      FOR THE SOUTHERN DISTRICT OF FLORIDA

4     CASE NO.:  06-20079-CIV-HUCK/SIMONTON

**ORIGINAL**

5

6  LIL' JOE WEIN MUSIC, INC., a Florida
   Corporation,

7

                Plaintiff,

8

             vs.

9

   CURTIS JAMES JACKSON, p/k/a 50
10 CENT, SHADY RECORDS, INC., a New
   York Corporation, AFTERMATH
11 ENTERTAINMENT, INC., a California

12             Defendants.

13

14

15

16      DEPOSITION OF LAWRENCE FERRARA

17         New York, New York

18       Monday, August 28, 2006

19

20

21

22

23 Reported by:

24 KATHY S. KLEPFER, CSR, RMR, RPR, CRR

25 JOB NO. 8292

1                    Ferrara

2 of "Who's the Man?" film occurs five times, but

3 I believe what you're asking, more specifically,

4 is in the "go, go," what she calls theme C.

5     Q.    Correct.

6     A.    That occurs one time, and that would

7 be represented by the second bullet on page 9.

8     Q.    All right.  Moving on to paragraph 34

9 of your report, do you know if in fact "The

10 Birthday Jam" was in fact released before Luke's

11 "It's Your Birthday"?

12     A.    As I state in footnote 7 of that same

13 page, my source for writing the release date of

14 "The Birthday Jam" is All Music Guide, which I

15 have used before as an Internet site, and so I

16 only know to the extent that I also looked at

17 All Music Guide, which is my usual source, for

18 the release date of "It's Your Birthday," which

19 is at issue, and my understanding is that "The

20 Birthday Jam" was released on June 14th, 1994,

21 and "It's Your Birthday" was released in July of

22 1994 and perhaps July 7th, but I don't remember

23 exactly, but I think -- certainly it was July.

24     Q.    Do you know which one was recorded

25 first?

Page 65

Ferrara

1

2      A.      I do not.

3      Q.      And you don't in fact know if "The

4   Birthday Jam" was in fact released on June 14th,

5   1994?

6      A.      Again, my only source for its release

7   date is All Music Guide.

8      Q.      And you don't know from where the All

9   Music Guide received that information?

10      A.      That is correct.

11      Q.      Now, do you know who Christopher

12   Wongwon is?

13      A.      I believe that Christopher Wongwon was

14   related to 2 Live Crew.

15      Q.      Do you know if he signed an exclusive

16   recording contract with Luke Records?

17      A.      I do not.

18      Q.      Now, I want you to assume for the

19   moment that he did in fact sign a standard

20   recording contract with Luke Records.  Under

21   those standard contracts who would own the

22   results of his performances?

23              MR. GOLDMAN:  I'm going to object to

24         the term "standard recording contract" as

25         being hopelessly vague and ambiguous and

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  06-20079-CIV-HUCK

LIL` JOE WEIN MUSIC, INC., a Florida
Corporation,

       Plaintiff,

vs.

CURTIS JAMES JACKSON, p/k/a 50
CENT, SHADY RECORDS, INC., a New
York Corporation, AFTERMATH
ENTERTAINMENT, INC., a California
Corporation, INTERSCOPE RECORDS,
INC., a Delaware Corporation, UNIVERSAL
MUSIC & VIDEO DISTRIBUTION CORP.,
a California Corporation

       Defendants.

_____/

## DECLARATION OF JOSEPH WEINBERGER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1.     My name is Joseph Weinberger. I am the President and sole owner of Lil' Joe

Wein Music, Inc., I am over the age of 18 and I make this declaration based upon my personal

knowledge and declare the statement to be true and correct under penalties of perjury.

2.     I have worked exclusively in the music business since 1991, first in the capacity

as a head of business affairs of a prominent record company and then as a record company

owner.  As an attorney and business owner, I have handled the copyrights and licensing of

thousands of compositions including the subject work by Luther Campbell (Luke), "It's Your

Birthday."  I am familiar with standards in the music industry, and in particular, as it relates to

rap and hip-hop music.

3.      The copyright registrations for the composition "It's Your Birthday" by Luke which are attached to the complaint are true and correct copies of the PA copyright registrations which have never been challenged by anyone and which document, in part, the Plaintiff's ownership of the composition, "It's Your Birthday."

4.      I have compared the composition, "It's Your Birthday" by Luke to "In Da Club" by 50 Cent and based upon my own observations, "In Da Club" contains a substantial portion of "It's Your Birthday" including common lyrics, common rhythms, common beats and common melodies and are taken from the most recognizable portion of "It's Your Birthday" and included into the hook and most recognizable portion of "In Da Club." My conclusions are consistent with the findings of Plaintiff's expert, Judith Finell.

5.      "It's Your Birthday" is one of the two most licensed songs in the Luther Campbell/ 2 Live Crew catalog which I own and appears in its entirety on the following Lil' Joe Records, Inc. Albums and DVD's which have sold well in excess of 1.5 million units: Freak For Life; Luke Greatest Hits (explicit and clean); Luke's Hall Of Fame (explicit and clean); Luke's Hall Of Fame Volume 2 (explicit and clean); Booty Mixx Party Club Classics (explicit and clean); Bass Mixx Party (explicit and clean); Luke's Booty Calls & Chants; Booty Essentials 2001 (explicit and clean); Gotta Lot Of Booty (explicit and clean); Booty Summer Party 2003 (explicit and clean) and Booty Classics Throwback (explicit and clean).

6.      The composition "It's Your Birthday" is considered to be one of the standard, i.e., most popular party songs of all time in the genre of Rap/Hip-Hop Music.  The song was predominantly mentioned in a Newsweek Magazine Article on January 23, 1995, in a report about the "Box Network" owned by MTV.

WOLFE & GOLDSTEIN, P.A. · 100 S.E. Second Street, Suite 3300 · Miami, Florida 33131
Telephone: (305) 381-7115 · Facsimile: (305) 381-7116

7.     The lyrics and melody line of "It's Your Birthday" by Luke have been recognized by almost all of the major record companies, television and movie studios to be both original and copyrightable.  I have licensed just the lyrics and melody lines to the following:

Title Of Movie or Show Studio

Chasing Amy (Sony)

Jamie Foxx Television Show (Warner Bros)

Uncle P (Touchstone ABC)

My Super Sweet 16 (MTV)

Tom Joyner Nationally Syndicated Radio Show

Each of the foregoing appearances of the Luke lyrics and melody line were deemed copyrightable and original.

10.     The phrase "It's Your Birthday" sung to the melody line of the Luke song has been recognized as original and copyrightable phrase by numerous record companies, including the Defendant Universal.     In 1996, Island Records, ("Island"), which is owned by Defendant Universal, licensed this phrase sung to the original Luke melody line and paid royalties to a sister company of the plaintiff.   Sony/BMG, the second largest record company, as recently as September 5, 2006 requested to license the phrase "It's Your Birthday" sung to the same melody line as the Luke song in a song called "Go Bopper" by the Performing group "The Pack" because the words are resung in the chorus of the new composition in a melody similar to Luke's "It's Your Birthday". (D.E. 45)

11.     The Pack's use of the lyrics and melody is almost identical to the manner in which 50 Cent used the hook of the Luke song in 50 Cent's song "In Da Club."

3

12.     "It's Your Birthday" has also been recognized as original and copyrightable by third party record companies. Rhino Entertainment Company, a Warner Music Group Company has licensed this song in the album titled Booty 2. Sony/BMG has also licensed the song for the album Shake Dat Booty. Defendant, Universal, licensed the composition for two different albums. One is entitled "Booty Five Star Hits" and the other is entitled "Party Starter – Booty Hits Mix."

13.     I attempted to locate a copy of the movie "Who's The Man" distributed by New Line Cinema, a Time Warner Company by searching in local Best Buy Stores, Blockbuster Video and West Coast Video Stores as well as the internet and was unable to find same as it appears to be out of distribution.

14.     I listened to the version of the 20 second excerpt from the almost 1 and one half hour movie "Who's The Man" which was attached to Dr Ferrara's report in which it is claimed that Defendant states that actor Ed Lover recites lyrics similar to the Luke song "It's Your Birthday". Without the use of specialized listening equipment, I was unable to determine the exact lyrics spoken by Ed Lover because another actor was speaking at the same time as Ed Lover. Therefore, Defendant's reference to this movie is not proper evidence to support its motion.

15.     In September of 2005, Luther Campbell, told myself and in January 2006, he told Carol Chung, a reporter working for the Ft. Lauderdale Sun Sentinel, that "In Da Club" and "It's Your Birthday" share "the same tone, the same pitch, the same melody and sections containing virtually the same lyrics." Additionally, I attach hereto as Exhibit A, a true and correct copy of Luther Campbell's personal website in which he states in his biography, "Indeed, 50 Cent's

4

biggest hit "In Da Club" borrowed its signature mark from Campbell's classic "It's Your Birthday".

16.     Luther Campbell's declaration, which was filed by the Defendants, in support of their Motion for Summary Judgment, is not reliable evidence based upon Mr. Campbell's propensity to commit fraud within cases in which he has been involved and his bias against me for purchasing his music. For example, Judge Peter Capua concluded Mr. Campbell engaged in fraudulent behavior in the case of <u>Jones v. Campbell</u> Case No: 90-32359, Miami-Dade Circuit Court. On July 7, 1998 Luther Campbell went into an anti-Semitic diatribe directed towards me and my companies, after I purchased his copyrights from the bankruptcy court, on WEDR radio. On April 13, 2001, Campbell made derogatory and anti-Semitic statements about me on the Black Entertainment Television ("BET") show entitled "Rap City." Lastly, Mr. Campbell himself made statements to Declarant that unless he was paid off, he would provide false testimony to the Defendants in this case. I believe Luther Campbell repeated the same threats to Michael Sterling, an artist and record producer. Needless to say, Declarant did not capitulate to Mr. Campbell's financial demands and Mr. Campbell's testimony in this case is false and unreliable.

17.     Mr. Campbell and his prior record company Island licensed the same lyrics, "It's Your Birthday", from me in 1996. Neither Mr. Campbell nor Island ever objected to the originality of the lyrics to "It's Your Birthday" at any time prior to this lawsuit.

18.     I have attempted to determine when the Miami Bass DJ's recorded a song entitled "Birthday Jams." There is no evidence that this song was recorded before "It's Your Birthday." The Miami Bass DJ's was a group consisting of Chris Wongwon, who at the time he recorded

5

"Birthday Jams", was a party to an exclusive contract with Luke Records which owned  his exclusive recording and publishing services.   Thus, to the extent Mr. Wongwon recorded "Birthday Jams"; Luke Records Inc. was the owner of the recordings and music compositions. The contract with Mr. Wongwon and its rights were acquired by me in the Luke Records Bankruptcy.  Therefore I am the owner of the copyrights to "Birthday Jams".


_Joseph Weinberger_
Joseph Weinberger

H:\Lil' Joe Records\v. Universal Music\Pldgs\Declaration of Joseph Weinberger #2.doc

6



**Luther Campbell (aka Uncle Luke)** is hip-hop's original bad boy. As the former front man for the multi-platinum group 2 Live Crew, his music and videos paved the way for the lyrical freedom expressed by current artists such as Ludacris, Nelly and Lil' Jon. A constant trendsetter Luke entered into the home video market in 2001, by creating Luke's Freakshow, a straight to video series that has sold over 500,000 units domestically. In 2006, Luke is releasing an box set entitled Uncle Luke: My Life & Freaky Times including a tell-all audio book of his freakiest escapades and a tribute album featuring Pitbull, Jacki-O Trick Daddy, Petey Pablo and more.

Luther Campbell is a pop culture icon with fans within every race and nation. (Who hasn't pumped their palms in the air to his anthem "Raise The Roof"?) He is the originator of the most prevailing and long-standing theme in hip-hop: sex.

While fads like political rap and gangsta rap come and go, sex consistently remains a major focus. MTV co-founder Les Garland says of Luke, "In the hip-hop world, Luther Campbell was the first person to combine sex and music." Nearly every rapper selling albums today follows his model of combining sex and hip-hop. As a solo artist and the founder of the groundbreaking, multi-platinum rap group 2 Live Crew, Campbell's music has sold millions of copies worldwide, inspired the love of countless fans, the ire of politicians, and even the advent of the "Parental Advisory" sticker. His highly publicized obscenity trials and 1994 Supreme Court parody case are First Amendment victories upon which the entertainment industry still thrives.

Campbell's Luke Films DVDs -- featuring Campbell's uncensored romps on the road and at Spring Break and party weekends across the country -- fly off retail shelves. The International Recording Media Association (IRMA) bestowed Luke's Freakshow Volumes 1, 2, 3, and 4 with its coveted Gold Award for selling over 25,000 units each or garnering $1 million in net US sales. His entire line of DVDs has sold over 500,000 units cumulatively. Campbell by no means only caters to a niche or underground market. Luke Films received this distinction alongside such middle-America and mainstream titles like "MTV Inside TRL," "The Best of MTV's The Tom Green Show," and "Tae Bo Gold." (See the awards listing from IRMA's official website in "Supporting Documents"). These accomplishments are even more impressive considering Campbell sells these DVDs independently in mom-and-pop retailers and on his websites without television or print advertising. Campbell's other DVDs have enjoyed similar sales, but have not received awards because IRMA discontinued its certification program last year.

Over 250,000 fans from all over the country and a host of celebrities from Allen Iverson and Ja Rule to Missy Elliott and Mariah Carey attended his Umoja Memorial Day Weekend Festivals in Miami each year from 2002 through 2004 (see corroborating article in "Supporting Documents"). In celebration of these successes, Miami mayor Manny Diaz awarded Campbell the key to the city in May 2003.

Campbell is sustaining and growing what he's known for best: sex and music. Always on the hunt for new talent, Campbell is now touring the country to find new Dancers. Campbell continues to perform four times a month and sell out large venues internationally, for approximately 96,000 fans a year. He is also releasing a twentieth anniversary album in early 2006 and a tell-all book entitled Uncle Luke: My Life & Freaky Times and recently teamed up with rap superstars Kanye West, Lil' Jon and Fonzworth Bentley for the remix of West's "The New Workout Plan."

Campbell is one of the most sought-after hip-hop personalities on TV. He was one of the celebrity guests E! recruited for its March 2004 series 101 Reasons the '90s Ruled and in February 2004 Court TV dedicated an episode of its primetime show Hollywood Justice to him and his courtroom victories, culminating with an encomium by Jay-Z.



**EXHIBIT A**

Simply put, Luther Campbell is more than a hit artist. He is a legend. Campbell has a distinction that neither time nor current chart status can diminish: he is a hip-hop first. Before OutKast, before Ludacris, before Jermaine Dupri, and the other Southern artists on the Billboard charts, Luther Campbell was the first Southern rap star. He was the first person to own a thriving independent record label in the South and one of the first in the country. He was the first rapper to shoot videos in Miami with scantily-clad girls on beaches and boats. That is now the number one location and format for rap videos.

In the October 14, 2003 issue of The Miami Herald (see Supporting Documents), a top executive at BET explained why The Source Awards were being held in Miami for the second year:

"Miami's history is always important because of bass [music] and [Luther Campbell], and it's important to be anchored in the South because Southern hip-hop is so hot," said Stephen Hill, senior vice president of music and entertainment programming and talent for BET, which is televising the awards Nov. 11. "Miami is important to the past and the future of hip-hop." (Full article included in Supporting Documents).

This statement linking Luther Campbell, hip-hop, and one of television's largest events (the first Source Awards gave UPN its highest ratings ever for a Friday night) speaks volumes about his historic and current importance in music and popular culture.

Whether it's in the record business, music video, or freedom of speech, Luther Campbell is a trailblazer with far-reaching impact. His early business forays laid the entrepreneurial blueprint upon which hip-hop still stands. From Sean "P. Diddy" Combs to Master P, nearly every rap mogul counts him as an inspiration. As the architect of Florida "bass" music, Campbell is single handedly responsible for putting Florida on the hip-hop map and opening the rap music floodgates across the south.

Hip-hop's top director, the multiple Video Music Award winner Dave Meyers, got his start by licensing Campbell's "Raise The Roof" video, and still uses the formula in videos by artists like Jay-Z and Ja Rule. In 2000, the Rock and Roll Hall of Fame honored Campbell's contribution to hip-hop by including photographs of him and items of his clothing in its "Hip-Hop Nation: Roots, Rhymes and Rage" exhibit. Unlike other artists who have simply followed movements, Campbell has started them.

Campbell's first group 2 Live Crew was the subject of national headlines, Congressional hearings, and in the early 1990s, the Supreme Court case Campbell vs. Acuff-Rose Music. In 1999, Court TV showcased Campbell's clashes with the law in the hour long documentary "2 Live Crew: As Lewd as They Wanna Be." His obscenity court battles are the direct reason stores can sell profanity-laced albums by acts like Eminem and 50 Cent today. Indeed, 50 Cent's biggest hit, "In Da Club," borrowed its signature hook from Campbell's classic "It's Your Birthday."

Luther "Luke" Campbell is indeed one of the few American celebrities with profiles in the worlds of hip-hop, sex, business, and politics.