UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  06-20079-CIV-HUCK

LIL' JOE WEIN MUSIC, INC., a Florida
Corporation,

       Plaintiff,

vs.

CURTIS JAMES JACKSON, p/k/a 50
CENT, SHADY RECORDS, INC., a New
York Corporation, AFTERMATH
ENTERTAINMENT, INC., a California
Corporation, INTERSCOPE RECORDS,
INC., a Delaware Corporation, UNIVERSAL
MUSIC & VIDEO DISTRIBUTION CORP.,
a California Corporation

       Defendants.

_____/

## PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Lil' Joe Wein Music Inc. files this supplemental response in opposition to Defendants' Motion for Summary Judgment and have attempted to introduce evidence of two songs "It's Ya Burfday" by Ryan Cameron and "Birthday Bounce" by the Incredible Crew as evidence of prior art, to its claim that Plaintiff's work "It's Your Birthday" by Luke is not original.

As demonstrated herein, Plaintiff's submissions raise numerous issues of contested fact which preclude summary judgment in favor of Defendants.

<u>OVERVIEW</u>

1.  In 1993, the famous recording artist, Luke wrote and recorded the song "It's Your Birthday". (*See* Weinberger Dec., D.E. 57.) In 1996, Plaintiff acquired all rights of ownership of "It's Your Birthday". (Weinberger Dec., D.E. 57 ) Plaintiff filed a copyright registration and has been awarded a copyright for "Its Your Birthday". (Weinberger Dec., D.E. 57). At no time has anyone ever challenged Plaintiff's copyright registration. (See Ex. "B")

2.  Ownership of a valid registration of a copyright is representative proof of the originality of a copyright.  <u>Gaste v. Kaiserman,</u> 863 F.2d 1061, 1064 (2d Cir. 1988); <u>M. Kramer Mfg. Co. v. Andrews,</u> 783 F.2d 421, 434 (4th Cir. 1986).

3.  "It's Your Birthday" has been a hit, selling more than 1,500,000 copies for the Plaintiff.  (Weinberger Decl., D.E. 57). The Plaintiff has licensed the use of "It's Your Birthday" to movies, television shows and to many record companies, including the Defendant, Universal Music. (Weinberger Decl., D.E. 57) Indeed, the Defendant, would not have licensed the used of "It's Your Birthday" if it did not acknowledge Plaintiff's ownership of an original copyright.

4.  Plaintiff, in its complaint, alleges that the Defendant's song, "In Da Club" by the artist 50 Cent, infringes upon the key segment or hook of "It's Your Birthday".  (Pl.'s Comp.) In support of it's claim, Plaintiff has submitted the expert report[1] of musicologist Judith Finell who attested to the substantial similarity of the key segment or hook of "It's Your Birthday". (Finell Report, D.E. 44). Judith Finell describes the similarities, not just with respect to the lyrics, but also the substantial similarity of the rhythms, rhythmic placement and the unique syncopation in the manner in which the common lyrics are sung in other songs. (Finell Report, D.E. 44)  The

---

[1] *See* Church of Scientology v. City of Clearwater 2 F.3d 1514, 1530-31 (11th Cir. 1993).

2

WOLFE & GOLDSTEIN, P.A. • 100 S.E. Second Street, Suite 3300 • Miami, Florida 33131
Telephone: (305) 381-7115 • Facsimile: (305) 381-7116

key phrase in the song is "go Sheila, it's your birthday, go, go, go, go," and Defendants song uses the lyrics, sung with the same syncopation as "Go Shorty, it's your birthday, go, go, go,go." (Finell Report, D.E.44)

5. Both Judith Finell and Joseph Weinberger have given statements as to how this portion of Plaintiff's work is the most recognizable segment or the "hook" of Plaintiff's song. Joseph Weinberger described that many music recording companies like MTV, Sony, and even the Defendant Universal has licensed the use of just this segment of "It's Your Birthday".

6. In an effort to show that Plaintiff's work is not original, Defendant has recently introduced evidence of two compositions "It's Ya Burfday" by Ryan Cameron and "Birthday Bounce" by the Incredible Crew. Defendants claim these works predate Plaintiff's work and therefore Plaintiff's work is not original.

7. Plaintiff asserts that Defendants recent contentions are refuted by the supplemental report of Judith Finell and declaration of Joseph Weinberger. See Ex. "A" & "B". At best, Defendants' claims merely raise issues of contested facts which must be resolved by the jury.

8. Judith Finell and Joseph Weinberger have opined that neither "It's Ya Burfday" are substantially similar in the manner that "In Da Club" is substantially similar to "It's Your Birthday". (Ex. "A" & "B"). Joseph Weinberger concludes there is no evidence that either "It's Ya Burfday" or "Birthday Jams" were ever recorded, distributed or released to the public. (Ex. "B") Thus, there is a genuine issue of material fact as to whether these songs were in existence and recorded prior to "It's Your Birthday". There is also an issue of contested fact whether the author of "It's Your Birthday" had access to these obscure unreleased songs to defeat a claim that "It's Your Birthday" is not original.

3

## MEMORANDUM OF LAW

Plaintiff obtained a valid copyright registration of "It's Your Birthday" in 1997. Based thereon, there is a legal presumption that "It's Your Birthday" is an original composition. Gaste, *supra*. Further, Defendants have not demonstrated the absence of any material facts which prove that "It's Your Birthday" or "Birthday Bounce is substantially similar to "It's Your Birthday".

Defendants previously moved for summary judgment based asserting that Plaintiff's song was not original in   Ulloa  v. Universal Music  &  Video Distrib. 2004 Lexus 6755 (S.D. N.Y. 2004). In Ulloa, Plaintiff claimed a copyright interest in the sound recording of her voice as well as the melody she sang. Defendants, in their motion, and expert affidavit[2] argued that Plaintiff's song contained the same phrase which had been used in prior musical works, i.e. prior art. Id. at 2. The district court, in denying Defendants' motion for summary judgment, explained that Defendants had misunderstood the term "original" as it is used in copyright actions. It stated:

> To qualify for copyright protection, a work must be original to the author. Original, as the term is used in copyright, means only that the work was independently created by the author (as opposed to copied from other works) and that it possess as least some minimal degree of creativity. Id. at 4 *citing* Feist Publications v. Rual Tel. Serv. Co. 499 U.S. 340 (1991).

The court further explained that originality meant a copyright was *original to the author*, and is considered "original" even though it closely resembles other works so long as the similarity is fortuitous and not the result of copying.  Id. at 4.

In Vargas v. Pfizer 418 F. Supp. 2d 369 (S.D.N.Y 2005) copyright owners sued Pfizer corporation for using key musical themes from their composition and sound recordings in its

---

[2] In this case, Defendants' expert testimony was proffered by way of a report. (*See* D.E. 44. (Report of Ferrara)).

4

national advertising campaign. Pfizer moved for summary judgment on the basis Plaintiff song

"Bust Dat Grove" lacked originality. Pfizer contended the song contained one-bar drum rhythm,

which was a common groove track frequently used by musical artists. The district court denied

Pfizer's motion on several grounds. First, it noted that the requirements for originality are

"modest". Id. at 372. The court further pointed out the question of originality was typically a

question of fact for the jury. It stated:

> The parties have submitted reports of experts as well as musical and written renditions of
> the specific tones in the vocal and instrumental phases in support of their respective
> arguments regarding the originality of the vocal phase. It would be improper for this
> Court, on a motion for summary judgment, to draw its own conclusions from this
> competing evidence regarding the originality of the vocal phase. Id. at 373 *citing* Ulloa,
> supra at 413-414.

Lastly, Plaintiff notes that Defendants songs It's Ya Burfday" and "Birthday Bounce"

were never commercially released on a record nor broadcast in any national performances. (Ex.

"B"). Therefore, it would have been virtually impossible for artist Luke to copy these songs

when he created "Its Your Birthday". *See* Selle v. Gibb 741 F.2d 896, 901 (7th Cir. 1984).

CONCLUSION

Defendant's recent submissions of "It's Your Birthday" and "Birthday Bounce" merely

raise numerous issues of contested fact to be resolved by a jury. Therefore, Defendants' Motion

for Summary Judgment should be denied.

Respectfully submitted,

Richard C. Wolfe
Counsel for Plaintiff

5

## CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed and faxed to Karen Stetson, Esq. P.O. Box

403023, Miami, FL 33140, Russell Frackman, Esq. Mitchell, Silberberg, Esq. 11377 West

Olympic Blvd., Los Angeles, CA 90064 on October 24, 2006.


WOLFE & GOLDSTEIN, P.A.
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116
By:_____
        RICHARD C. WOLFE
        FL Bar No. 355607
        MARK GOLDSTEIN
        FL Bar No. 882186


H:\Lil' Joe Records\v. Universal Music\Pldgs\response in opposition to Motion for Summary Judgment.doc

# A

WOLFE & GOLDSTEIN, P.A. · 100 S.E. Second Street, Suite 3300 · Miami, Florida 33131
Telephone: (305) 381-7115 · Facsimile: (305) 381-7116

# Judith Finell MusicServices Inc.

**CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT**

## Preliminary Comparison of "It's Your Birthday," "In Da Club," and

## "It's Ya Burfday"

## Materials Reviewed and Methodology

The following materials were reviewed:

1. *Luke Freak for Life* (P © 1994, Luke Records, Inc.), Selection 2, "It's Your Birthday" [referred to below as "Birthday"]. PA 877-745. PA Date August 4, 1997. Album released on July 7, 1994. UPC 022471699620

2. *Get Rich or Die Tryin'*, (Explicit CD), 50 Cent (P © 2003 Shady/Aftermath/Interscope Records), Selection 5, "In Da Club" [Referred to below as "In Da Club"]. Album released on February 6, 2003. UPC 606949354428

3. An excerpt of the recording of "It's Ya Burfday" [Version 1] by Ryan Cameron (total length: 1 minute, 11 seconds)

4. An excerpt of the recording of "It's Ya Burfday" [Version 2] by Ryan Cameron (total length: 1 minute, 2 seconds)

5. A brief comparison of Versions 1 and 2 of "It's Ya Burfday" has revealed that both versions contain the same primary vocal material. Therefore, for the purposes of this comparison, the report below will discuss Version 1 only of "It's Ya Burfday," referred to as "Burfday."

## Conclusions

6. "Birthday" and "In Da Club" are more similar to each other than either song is to "Burfday," regarding their key lyrics and musical settings.

1

7. In comparing "Birthday" and "In Da Club" in this regard, they contain three similar or identical themes; "Burfday" contains a theme that is similar to only one of these three.

8. In comparing the one similar theme that the three songs share, "Birthday" and "In Da Club" contain similar or identical lyrics, rhythms, and rhythmic placement. "Burfday" contains the similar lyrics and rhythms, but not consistently the same rhythmic placement as found in "Birthday" and "In Da Club."

## Findings

9. "Birthday" and "In Da Club" contain three similar themes as discussed in my earlier comparison report. These themes are identified in Exhibit A of that report by their similar or identical lyrics, as follows: (a) "go [Name]," (b) "it's your birthday," and (c) "go, go, go (etc.)."

10. Theme (b) "it's your birthday" occurs 51 times (sometimes with varying rhythms) in "Birthday" and is highly significant to the song.

11. "Burfday" contains neither theme (a) "go [Name]," nor theme (c) "go, go, go (etc.),"as found in both "Birthday" and "In Da Club." This is shown in Table 1 below:

**Table 1: Themes (a), (b), and (c) in "Birthday," "In Da Club," and "Burfday"**

| Theme | Found in "Birthday" | Found in "In Da Club" | Found in "Burfday" |
|---|---|---|---|
| (a) "go [Name]" | YES | YES | NO |
| (b) "it's your birthday" | YES | YES | YES |
| (c) "go, go, go (etc.)" | YES | YES | NO |

2

12. The combination of the above three shared themes in both "Birthday" and "In Da Club" is essential in determining their similarity. This combination is not found in "Burfday."

13. All three songs contain theme (b) "it's your birthday," with the same rhythms. However, "Burfday" contains neither the same rhythmic placement for this theme (starting and ending position in the bar), nor similar preceding lyrics, as found in both "Birthday" and "In Da Club."

    a. In "Birthday" and "In Da Club," the lyrics "it's your birthday" occur on beats 2 and 3.[1] In the first occurrence, the lyrics "it's your birthday" are preceded by the lyrics "go [Sheila/Shorty," respectively] in both songs.

    b. In "Burfday," the first time the lyrics "it's your birthday" occur, they occur on beats 4 and 1, preceded by the lyrics "today is the day that you were born." This is different from "Birthday" and "In Da Club." In the next occurrencesof the lyrics "it's your birthday" in "Burfday," the lyrics occur repeatedly in succession, on beats 4 and 1, 2 and 3, 4 and 1, and so on.

    c. See Table 2 below for an illustration of the above.

---

[1] Musical works are divided into groups of beats, and each group is referred to as a "bar" or "measure." The number of beats per bar is usually 2, 3, 4, or 6. The works discussed here have 4-beat bars.

3

**Table 2: Theme (b) lyrics "it's your birthday" in "Birthday," "In Da Club," and "Burfday"**

| Song | Rhythmic Placement of Theme (b) | Preceding Lyrics (First Occurrence) |
|---|---|---|
| "Birthday" | beats 2 and 3 | "go Sheila" |
| "In Da Club" | beats 2 and 3 | "go Shorty" |
| "Burfday" | beats 4 and 1 (first occurrence); beats 4 and 1, 2 and 3 (second occurrence) | "today is the day that you were born" |

## Summary

14. In conclusion, while "Burfday" does share the lyrics "It's your birthday [burfday]" with "Birthday" and "In Da Club," "Burfday" does not contain the other similar and highly significant lyrics found in "Birthday" repeatedly and in "In Da Club," nor does "Burfday" consistently use the same rhythmic placement of the shared lyrics as do both "Birthday" and "In Da Club." Consequently, "Burfday" is less similar to "Birthday" and "In Da Club" than they are to one another.

Report Submitted on October 23, 2006 by:

Judith Finell, President
Judith Finell MusicServices Inc.

4

# B

WOLFE & GOLDSTEIN, P.A. · 100 S.E. Second Street, Suite 3300 · Miami, Florida 33131
Telephone: (305) 381-7115 · Facsimile: (305) 381-7116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  06-20079-CIV-HUCK


LIL' JOE WEIN MUSIC, INC., a Florida
Corporation,

       Plaintiff,

vs.

CURTIS JAMES JACKSON, p/k/a 50
CENT, SHADY RECORDS, INC., a New
York Corporation, AFTERMATH
ENTERTAINMENT, INC., a California
Corporation, INTERSCOPE RECORDS,
INC., a Delaware Corporation, UNIVERSAL
MUSIC & VIDEO DISTRIBUTION CORP.,
a California Corporation

       Defendants.

_____/


## SUPPLEMENTAL DECLARATION OF JOSEPH WEINBERGER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I hereby declare under penalty of perjury the following:

1.     My name is Joseph Weinberger, owner of Plaintiff, Lil' Joe Wein Music, Inc. I have worked exclusively in the music business since 1991. As an attorney and business owner of a record company, I have handled the copyrights and licensing of thousands of compositions including the subject work by Luther Campbell (Luke), "It's Your Birthday." I am familiar with standards in the music industry, and in particular, as it relates to rap and hip-hop music. I make this declaration based upon my personal knowledge, experience and investigation of the matters discussed herewith.

2.     I have researched the song "It's Ya Burfday" by Ryan Cameron and "Birthday Bounce" by the Incredible Crew to determine if they were commercially recorded or released as a recording.

3.     The song, "It's Ya Burfday" was not commercially released as any record, nor was it distributed as a recording. I have searched all resources which lists recordings in commerce, and I can find no mention of either Ryan Cameron's "It's Ya Burfday" or the Incredible Crew's "Birthday Bounce".

4.     I have owned the exclusive rights to the recording "It's Your Birthday" by Luke since April 1996.  At no time has anyone challenged my ownership of said copyright.  I never heard of Ryan Cameron's "It's Ya Burfday" nor the Incredible Crew's "Birthday Bounce" until the Defendants in this case brought this to our attention in September 2006.

5.     At no time, since 1996, has Ryan Cameron nor anyone else claimed that Luke's "It's Your Birthday" is substantially similar to Ryan Cameron's "It's Ya Burfday".

6.     At no time since 1996 has the Incredible Crew or anyone else claimed that Luke's "It's Your Birthday" is substantially similar to the Incredible Crew's "Birthday Bounce".

7.     I have researched the existence of Ryan Cameron's "It's Ya Birthday" and the Incredible Crew's "Birthday Bounce".  I searched through all common data bases of musical recordings that are commonly used for such purposes.  I am familiar with these databases from use in my musical recording and publishing businesses.  I can find no evidence in any of these databases as to the existence of "It's Ya Burfday" or "Birthday Bounce".

8.     I have compared Luke's "It's Your Birthday" to the version of Ryan Cameron's "It's Ya Burfday" that the Defendants provided.  The two songs are not similar at all.  The lyrics

2

are not similar except with regard to "It's Your Birthday" and "It's Ya Burfday".  In my opinion, the structure of the songs are not similar in the same manner that "In Da Club" is substantially similar to "It's Your Birthday".

9.    I have compared Luke's "It's Your Birthday" to the version of the Incredible Crew's "Birthday Bounce" that the Defendants provided.  The two songs are not substantially similar except to the use of single lyrics "It's Your Birthday".  In my opinion the structure of the two songs are not similar in the same manner that "In Da Club" is substantially similar to "It's Your Birthday".

_____
Joseph Weinberger    10-23-05

H:\Lil' Joe Records\v. Universal Music\Pldgs\Declaration of Joseph Weinberger#3.doc

3