## Comparative Transcriptions of "It's Your Birthday"



50 Cent, *Get Rich or Die Tryin'*, "In Da Club"



Luther Campbell: *Luke "Freak For Life" 6996*, "It's Your Birthday"





Note: All noteheads are notated one octave below actual pitch. *above*

[This note should also be included on the I Like exhibit.]

**Exhibit A**

# Comparative Transcriptions of "It's your birthday" (lyrics) and Associated Passages in "It's Your Birthday" and "In Da Club"

## Example 1
### Luther R. Campbell: *Luke Freak For Life*, "It's Your Birthday"



Note: All noteheads are notated one octave below actual pitch in Luther Cambell transcription (directly above).

## Example 2
### 50 Cent, *Get Rich or Die Tryin'*, "In Da Club"



**Exhibit A**

## Comparative Transcriptions of "I like it, I love it" (Lyrics)

### Example 1
### 2 Live Crew, *Live in Concert,* "Sex, I Like-I Love"
(1:46-1:52)



### Example 2
### 2 Live Crew, *Sports Weekend: As Nasty as They Wanna Be, Part 2*
"I Like It, I Love It"
(:27-35)



### Example 3
### 50 Cent, *The New Breed* DVD
Title 2, Chapter 1 (24:03/11:46-11:51)



### Example 4
### 50 Cent, *The New Breed* DVD
Title 6, Chapter 2 (32:08/5:18-5:23)



Page 1

## Comparative Transcriptions of Melodies for Lyrics "I like it I love it" and *The New Breed* DVD (50 Cent)

### Example 1
2 Live Crew, *Live in Concert*, "Sex, I Like-I Love"
(1:46-1:52)



### Example 2
2 Live Crew, Sports Weekend: *As Nasty as They Wanna Be, Part 2*
"I Like It, I Love It"
(:27-35)



### Example 3
50 Cent, *The New Breed* DVD
Title 2, Chapter 1 (24:03/11:46-11:51)
also audio file: 50 Cent Clean DVD, track 1 (:02-:07)



### Example 4
50 Cent, *The New Breed* DVD
Title 6, Chapter 2 (32:08/5:18-5:23)
also, audio file: 50 Cent Clean DVD, track 2 (:05-:10)



Example 5
50 Cent, *Get Rich or Die Tryin'*, Explicit Bonus DVD
Title 2, Chapter 3, (11:49-11:53)



## 2 Live Crew's "I Like It, I Love It" vs. 50 Cent DVD

| Title | Locations of "I Like It, I Love It" | Total Length | Total Time Using ILIL* | Total Times ILIL Used | Comparison to "I like 2" | Call and Response? |
|---|---|---|---|---|---|---|
| 2 Live Crew, *Live in Concert*, "Sex I Like-I Love" | (1:48-1:52), (2:17-2:21) (2:28-2:33), (2:45-50), (2:57-3:02), (3:19-3:24), (3:31-3:36), (3:51-3:55), (4:02-4:07) | 4:19 | Approx. :45 | 9 | Same melodic contour, different pitches, same lyrics and rhythms (see transcription). | Yes |
| 2 Live Crew, *Sports Weekend: As Nasty as They Wanna Be, Part 2*, "I like it, I love it" | (:29-34), (:42-46), (:54-:59), (1:07-1:12), (1:30-1:35), (1:42-1:47), (2:05-2:09), (2:17-2:22), (2:30-2:35), (2:42-2:47) | 3:39 | Approx. :50 | 10 | | Yes |
| 50 Cent, *The New Breed* DVD, Title 2, Chapter 1 | (11:46-11:51) | :05 | :05 | 1 | Different pitches and melodic contour (see transcription), same lyrics and rhythms. | Yes |
| 50 Cent, *The New Breed* DVD, Title 6, Chapter 2 | (5:18-5:23) | :05 | :05 | 1 | Different pitches and melodic contour (see transcription), same lyrics and rhythms. | Yes |
| 50 Cent, *Get Rich or Die Tryin'*, Explicit Bonus DVD, Title 2, Chapter 3 | (11:49-11:53) | :05 | :05 | 1 | Different pitches and melodic contour (see transcription), same lyrics and rhythms | Yes |

Note: All counter number locations of "I like it, I love it" are according to Windows Media Player.

* "I Like It, I Love It" (Lyrics)

**Exhibit B**