# Judith Finell MusicServices Inc.

CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT

## FACSIMILE TRANSMITTAL

DATE: July 6, 2006

TO: Joseph Weinberger, President
Lil' Joe Records, Inc.
6157 NW 167th Street, Suite F-17
Miami, FL 33015
FAX: (305) 822-1122
PHONE: (305) 362-8900

*File*
*Re: ans 2*
*Financial*

FROM: JUDITH FINELL
TELEPHONE: (914) 779-8881
FAX:           (914) 779-8883
3      pages including this one

RE: Assignment regarding "It's Your Birthday"/ "I Like It, I Love It"

Dear Joe:

It is nice to be working with you again. Enclosed is the invoice and W-9 form that we discussed. As I cannot predict what may come up as I progress through the work, I will notify you if the work appears to be requiring more than is covered by the initial retainer.

In addition, I would appreciate your sending me a letter confirming our assignment with your check. As mentioned, prior art research would have to be conducted after the initial analysis has been completed, so I will be giving you a separate quote for that when it is time to prepare that particular research.

Thank you.

Sincerely yours,

*[signature]*
Judith Finell

# Judith Finell MusicServices Inc.

**CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT**

Invoice No. 5544

July 12, 2006

Mr. Joseph Weinberger
Lil' Joe Records, Inc.
6157 NW 167th Street, F-17
Miami, FL 33015

For Professional Services Rendered in connection with "It's Your Birthday" – "I Like It I Love It"

Full written report, prior art preliminary research

  Retainer due 7/13/06                $6000.00

Please make your check payable to:

Judith Finell Music Services Inc.
81 Pondfield Road
Studio 246
Bronxville, NY 10708
Telephone: (914) 779-8881
Fax: (914) 779-8883
Web site: www.jfmusicservices.com

Thank you.

Our Federal I.D. No. is 13-2904983