## FILM SYNCHRONIZATION AND PERFORMANCE LICENSE

| | |
|---|---|
| DATE: | As of June 8, 1999 |
| LICENSOR: | Lil' Joe Wein Music, Inc.<br>6157 NW 167th Street # F-17<br>Miami, Florida 33015 |
| LICENSEE: | Warner Bros. Television Production,<br>a Division of Time Warner Entertainment Company, LP<br>300 Television Plaza<br>Burbank CA 91505 |
| TV SHOW: | The Jamie Fox Show: #225351 |
| AIR DATE: | 9/24/99 (1999/2000 Season) |
| COMPOSITION: | "It's Your Birthday" |
| BY: | Luther Campbell |
| PUBLISHER CREDIT FOR CUE SHEET: | Lil' Joe Wein Music, Inc. (BMI) |
| TYPE AND DURATION OF USE: | Visual vocal w/ lyric change :12 |
| TERRITORY: | The world |
| LICENSE FEE: | $6,000.00 for Free TV (Network, Local and Syndicated TV) Basic Cable TV and Pay and Subscription TV RENEWAL: World in Perpetuity - Videogram buyout $6,000.00 to be exercised within twenty four months from first airdate. |

PUBLISHER'S OWNERSHIP SHARE:    100%

1. In consideration for the payment of the License Fee promptly following the signing of this agreement, Licensor hereby grants to Licensee, its successors, licensees and assigns the following non-exclusive and irrevocable rights throughout the Territory in perpetuity:

    (a) the right to record the Composition in synchronization or timed relation with the Film and copies thereof in any manner, medium, form or language, to make copies into and exploit them in each country of the

Territory in accordance with the terms, conditions and limitations contained in this license;

(b) the right to distribute, publicly perform, sell, lease, broadcast, exhibit and otherwise use and exploit all versions and copies of the Film with the Composition contained therein in any media and by an means not known or hereafter devised (including without limitation in the theatrical, nontheatrical, television [all forms including pay per view] and home video media);

(c) the right to utilize the Composition or excerpts therefrom, in the context in which the Composition has been recorded in the Film, in any media for the purpose of advertising, promoting or publicizing the Film (including without limitation in trailers, spots and commercials).

2. Licensee agrees that it shall not authorize the performance of the Composition in the Film in the United States by means of television unless the broadcaster or exhibitor has a valid small performing rights license for the Composition from a performing rights society or from Licensor, unless Licensee has obtained such a license or television performance of the Composition in the Film in any country outside of the United States where small performing rights licenses are required for such used, unless the performance shall have been cleared by the applicable customary practice and subject to payment to such society of such society's customary fees for such performance, unless Licensee has otherwise obtained a valid license for such use directly from Licensor.

3. This license does not authorize or permit any use of the composition not expressly set forth herein, all rights not expressly granted herein being reserved to the Licensor.

4. Licensor warrants and represents that it has the right to grant this license, and that the use of the Composition by licensee as contemplated by this agreement will not violate the rights of any person or entity. Licensor will indemnify and hold Licensee harmless from any and all claims, liabilities, losses, damages and expenses arising from any breach or alleged breach of Licensor's warranties or representations under this license.

5. No failure by Licensee to perform any of its obligations hereunder shall be deemed a breach hereof unless Licensor has given written notice of such failure to Licensee does not cure such nonperformance within thirty (30) days after receipt of such notice. In the event of a breach of this agreement by Licensee, Licensor's rights and remedies shall be limited to its right, if any, to recover damages in an action at law and in no event shall Licensor be entitled to injunctive or other equitable relief.

6. This license shall be binding upon, and shall inure to the benefit of, the parties and

their respective successors, licensees and/or assigns.

7. This license has been entered into in, and shall be interpreted in accordance with the laws of, the State of Florida, and any action or proceeding concerning the heard only in the State or Federal Courts situated in Miami, Florida. The parties hereby submit themselves to the jurisdiction of such courts for such purpose. In any action between the parties to enforce any of the terms of this agreement, the prevailing party shall, in addition to any other award of damages or remedy, be entitled to court costs and reasonable attorneys' fees.

IN WITNESS WHEREOF, the parties have executed the foregoing license as of the day and year set forth above.

LICENSOR: LIL' JOE WEIN MUSIC, INC.
FED. I.D.#: 65-0545229

BY: _[signature]_
TITLE: president

LICENSEE: Warner Bros. Television Production, A Division of Time Warner Entertainment Company, L.P.

BY: _[signature]_
TITLE: DIRECTOR, MUSIC CLEARANCE & LICENSING

**Musical Services**

January 30, 2006

Joseph Weinberger
Lil' Joe Records, Inc.
6157 NW 167th St., F-17
Miami, FL  33015

RE:              **"TOM JOYNER SHOW", EP: 113**
COMPOSITION:    **IT'S YOUR BIRTHDAY**
Writer(s):       **Luther Campbell**
Publisher(s):    **Lil' Joe Wein Music Inc./ASCAP**

Dear Joseph:

Pursuant to a license quotation issued to our office October 7, 2005, this will confirm terms of permission for use of the referenced composition in "TOM JOYNER SHOW", EP: 113

We have issued a license according to the terms as agreed, which were:

a) LICENSE TERMS (including in-context advertising and promotional rights unless excluded below):
   1) United States, Canada 1 Year(s), Free and Basic Cable/Satellite Television (including in-context promo): $ 500.00

b) LICENSE DATE:     November 19, 2005
c) Covers 1 Use(s):  Visual Vocal    Duration: 00:30
d) TOTAL LICENSE FEE: $500.00

e) SPECIAL PROVISIONS:
   First broadcast: November 19, 2005
   License covers a 100% interest in the total copyright of the Composition in the subject territory.
   This license shall be assignable to other parties.
f) LICENSEE: REACH MEDIA TV PRODUCTIONS, INC.

*\* PLEASE PROVIDE EXACT PAYEE DETAILS WHERE INDICATED IN THE ATTACHED LICENSE AGREEMENT \**

(continued on page 2)

REQUEST FOR SYNCHRONIZATION LICENSE, Page 2 of 2

RE: "TOM JOYNER SHOW", EP: 113
    COMPOSITION: **IT'S YOUR BIRTHDAY**

### g) OPTION PROVISIONS:

This license shall include option provisions to extend the license agreement as follows:

1) RENEWAL,United States, Canada 1 Year(s), Free and Basic Cable/Satellite Television: $ 600.00
2) World 2 Year(s), All Television Media, including but not limited to Free, Basic Cable/Satellite/HDTV, Pay, Subscription, broadcast-on-demand, including video on-demand, and Direct-by-satellite (DBS): $ 2,500.00
3) World 7 Year(s), Consumer Video Devices, advance against initial 10,000 units with rollovers thereafter: $ 1,400.00

Pursuant to your request, enclosed please find three (3) copies of our standard license agreement. Kindly forward licenses to my office to ensure proper processing and payment. At the producer's request, kindly include a federal taxpayer I.D. number with the licenses.

Thank you for your cooperation. Please feel free to contact me if there are any questions.

Very truly yours,

Kevin Magowan
Clearance Administrator


A VIACOM COMPANY

September 27, 2005

Lil Joe Wein Music, Inc.
6157 NW 167th Street, Suite F-17
Miami, FL  33015

    Re:    <u>My Super Sweet 16/ "It's Your Birthday"/ Synch License</u>

    Enclosed please find Check #74346 in the amount of $750.00 for the above-referenced matter, along with a fully executed copy of the license.

    Thank you very much for your cooperation and for granting MTV permission. We look forward to working with you again soon.

                            Best regards,

                            Camilla Chen
                            MTV Music & Media Licensing
                            1633 Broadway, 32nd Floor
                            New York, NY  10019
                            Tel:  (212) 654-8549
                            Fax:  (917) 463-3354

08-29-05;06:02PM;LIL' JOE RECORDS          ;305 822 1122          #  2/  3
08/29/2005  11:07    2126544706      MTV NETWORKS           PAGE  02/03

## MUSIC SYNCHRONIZATION LICENSE AGREEMENT

Agreement entered into as of this 29 day of August, 2005, between Lil Joe Wein Music, Inc. (the "Licensor"), 6157 NW 167th Street, Suite F-17, Miami, Florida and Remote Productions, Inc., 1633 Broadway, New York, New York 10019 (the "Producer").

WHEREAS, Publisher controls certain rights in the musical composition "Its Your Birthday" written by Luther Campbell (the "Composition"); and

WHEREAS, Producer wishes to record the Composition in synchronization and/or timed relation with the Program tentatively entitled "My Super Sweet 16 (2nd season)" (the "Program");

NOW, THEREFORE it is agreed as follows:

1. For consideration of Seven Hundred Fifty ($750) Dollars, Publisher hereby grants to Producer the non-exclusive, irrevocable right and license to record and to perform the Composition in synchronization and/or timed relation in connection with the above-defined Program. This License shall cover Producer's unlimited usage of any such Composition or any portions or excerpts thereof, used within the Program.

2. Producer shall have the right to use the Composition within the Program and to exploit the Program via all forms of television.

   a)   The term ("Term") of this license is: five (5) years from the initial airdate

   b)   The territory ("Territory") covered by this license is: Worldwide

   c)   The type and timing of use of the Composition shall be determined by Producer.

   d)   Publisher's administrative share of the Composition is: 100%

3. Producer shall have the right to use the Composition as embodied in the Program for in-context excerpts and/or trailers in connection with the advertising, promotion and exploitation of the Program (collectively referred to as "Promotions") in all media.

4. Producer shall be entitled to assign all or portion of the rights and licenses granted herein for the purposes of authorizing or permitting the exhibition, broadcast, transmission, reproduction or performance of the Program, and portions thereof, and shall be entitled to assign this agreement in its entirety to any person, firm or corporation acquiring ownership of or production rights to the Program without further payment to Licensor.

5. Television stations and cable systems exhibiting the Program containing the performance of the Composition shall be subject to the maintenance or procurement of a valid license from ASCAP, BMI or any other appropriate performing rights society. If any such entity has not been so licensed, it shall be deemed to have been as between Producer and Publisher, but the foregoing shall not affect the right of the Publisher to seek public performance royalties from such entity.

6. Producer is under no obligation to include the Composition within the Program.

08-29-05;06:02PM;LIL' JOE RECORDS          MTV NETWORKS           ;305 822 1122         #  3/ 3
                                                                                  PAGE  03/03

7.  Publisher represents and warrants that (i) Publisher has full power and authority to enter into and fully perform this agreement and that it owns or controls the rights in the Composition granted to Producer herein; (ii) all elements within the Composition are either original with the Publisher or are fully cleared by the Publisher; (iii) the Composition is free and clear of any liens or claims with respect to the use of such Composition in the manner authorized herein, and that such use authorized herein will not give rise to any claims of infringement, invasion or privacy or publicity or claims for payment of re-use or residuals.

8.  Publisher shall indemnify and hold harmless Producer, its successors, assigns and licensees from and against any and all losses, damages, liabilities, reasonable attorneys' fees and costs, actions, suits, other claims arising out of Producer's exercise of such rights, or breach or alleged breach, in whole or in part, of the foregoing representations and warranties. Publisher shall reimburse Producer upon demand for any payment made by Producer at any time with respect to such losses, damages, liabilities, attorneys' fees and costs, actions, suits or other claims to which the foregoing indemnity applies.

9.  This license is binding upon and shall inure to the benefit of the respective licensees, successors, and assigns of the parties hereto. This agreement sets forth the entire understanding of the parties hereto with respect to the subject matter hereof and shall be governed by and construed in accordance with the laws of the state of New York.

Agreed To And Accepted By:                              REMOTE PRODUCTIONS, INC.,
LIL JOE WEIN MUSIC, INC.

By: _____                             By: _____
An Authorized Representative                                An Authorized Representative

Print: JOSEPH Weinberger, Pres.

Federal ID# 650545 0229

## MASTER USE LICENSE

DATE:               March 27, 1997

LICENSOR:           Lil' Joe Records, Inc.
                    6157 NW 167th Street #F-17
                    Miami, Florida 32015
                    Attn: Joseph Weinberger

LICENSEE:           Too Askew, Inc.
                    375 Greenwich Street
                    New York, New York 10013

FILM:               "CHASING AMY"

RECORDING: Title:   "It's Your Birthday"
           Artist:  Luke

TYPE AND DURATION OF USE:   Visual vocal, approximately ten seconds
                            (:10) segueing into background vocal,
                            approximately two minutes forty-one
                            seconds (2:41)

TERRITORY:          The world

LICENSE FEE:        (2) $5,000.00
                    $3,000.00 [struck through]

1.  In consideration for the payment of the License Fee promptly following the signing of this agreement, Licensor hereby grants to Licensee, its successors, licensees and assigns the following non-exclusive and irrevocable rights throughout the Territory in perpetuity:

    (a) the right to re-record, reproduce and perform excerpts from the Recording of the type and duration described above in synchronization or timed relation with the Film, to make copies of the Film with the Recording contained therein and to import such copies into and exploit them in each country of the Territory in accordance with the terms, conditions and limitations contained in this license;

    (b) the right to distribute, publicly perform, sell, lease, broadcast, exhibit and otherwise use and exploit all versions of the Film with the Recording contained therein in any media and by any means now known or hereafter devised (including without limitation in the theatrical, nontheatrical, television [all forms including pay per view] and home video media);

"CHASING AMY"/master use lic.\
"It's Your Birthday"/Lil' Joe Records, Inc.\

1

(c) the right to utilize the Recording or excerpts therefrom, in the context in which the Recording has been recorded in the Film, in any media for the purpose of advertising, promoting or publicizing the Film (including without limitation in trailers, spots and commercials).

2. If any artist or record company receives screen credit with respect to a pre-existing master recording utilized in connection with the Film, Licensee shall contractually obligate Licensee's distributor to accord Licensor screen credit with respect to the Recording on the negative and all positive prints of the Film in substantially the form Performed by Luke, Courtesy of Lil' Joe Records, Inc. No casual or inadvertent failure to accord the foregoing credit shall be deemed a breach of this license.

3. The Recording may not be used as or in conjunction with the title and/or screen credits of the Film, or as a theme song of the Film without Licensor's prior written consent.

4. Licensor will obtain consents and permissions of labor organizations and copyright owners, and will pay all re-use payments, fees, royalties and other sums required to be paid for such consents and permissions, under applicable collective bargaining agreements, or otherwise in connection with Licensee's use of the Recording. Licensor represents that it has the permission of the Artist for the rights granted in this license.

5. This license does not authorize or permit any use of the Recording not expressly set forth herein, all rights not expressly granted herein being reserved to the Licensor.

6. Upon Licensee's request, Licensor agrees to ship to Licensee at an address designated by Licensee a duplicate DAT master of said Recording. Licensee shall pay Licensor as billed for the actual reasonable costs of dubbing said duplicate DAT master and for shipping charges to the designated destination.

7. Licensor warrants and represents that it has the right to grant this license, and that the use of the Recording as herein contemplated will not violate the rights of any person or entity. Licensor will indemnify and hold Licensee harmless from any and all claims, liabilities, issues, damages and expenses arising from any breach or alleged breach of Licensor's warranties or representations under this license, which breach, alleged breach or claim is reduced to final judgment or settled with Licensor's consent (such consent not to be unreasonably withheld).

8. No failure by Licensee to perform any of its obligations hereunder shall be deemed a breach hereof unless Licensor has given written notice of such failure to Licensee and Licensee does not cure such nonperformance within thirty (30) days after receipt of such

"CHASING AMY"/master use lic.\
"It's Your Birthday"/Lil' Joe Records, Inc.\

2

notice. In the event of a breach of this agreement by Licensee, Licensor's rights and remedies shall be limited to its right, if any, to recover damages in an action at law and in no event shall Licensor be entitled to injunctive or other equitable relief.

9. This license shall be binding upon, and shall inure to the benefit of, the parties and their respective successors, licensees and/or assigns.

10. This license has been entered into in, and shall be interpreted in accordance with the laws of, the State of New York, and any action or proceeding concerning the interpretation and/or enforcement of this license shall be heard only in the State or Federal Courts situated in New York. The parties hereby submit themselves to the jurisdiction of such courts for such purpose. In any action between the parties to enforce any of the terms of this agreement, the prevailing party shall, in addition to any other award of damages or remedy, be entitled to court costs and reasonable attorneys' fees.

IN WITNESS WHEREOF, the parties have executed the foregoing license as of the day and year set forth above.

> LICENSOR: LIL' JOE RECORDS, INC.
> FED. I.D.#: 65-0545227
>
> BY: _____
> TITLE: _____President_____
>
> LICENSEE: TOO ASKEW, INC.
>
> BY: _____
> TITLE: _V. President_

"CHASING AMY"/master use lic.\
"It's Your Birthday"/Lil' Joe Records, Inc.\

3

<u>SYNCHRONIZATION AND PERFORMANCE LICENSE</u>

Agreement dated as of May 3, 2006, between Lil' Joe Wein Music, Inc., 6157 NW 167th Street, F-17, Miami, FL 33015, Attention: Joe Weinberger ("Publisher") and Uncle P Distribution, LLC ("Producer"), 120 Broadway, Suite 200, Santa Monica, CA 90401, Attention: Cynthia Hahn.

    1. The musical work(s) ("Composition") covered by this license is **"It's Your Birthday" written by Luther Campbell.**

    2. The motion picture ("Picture") covered by this license is currently entitled "Uncle P".

    3. The type and number of uses of the Composition to be recorded is one (1) visual vocal use for up to a full use with a timing of 00:15.

    4. The territory ("Territory") covered by this license is the universe.

NOW THEREFORE, in consideration of the mutual covenants set forth herein and for other good and valuable consideration (including but not limited to Producer's agreement to work to secure distribution of the Picture), the receipt and sufficiency of which are hereby acknowledged, the parties do hereby agree as follows:

    5. Publisher hereby grants to Producer, it successors and assigns the following rights in perpetuity:

    (a) the non-exclusive, irrevocable right, license, privilege, and authority to record in any manner, medium, form or language, in each country of the Territory, the aforesaid type and use of the Composition in synchronization or in timed-relation with the Picture, in any and all media now known or hereafter devised, whether capable of being viewed and/or broadcast or otherwise exhibited by means of any so-called interactive devices or cable systems including but not limited to video/DVD (on a buyout basis), Internet, CD-I, CD-ROM, 3DO or any other future storage and/or retrieval devices or systems, and to make copies of such recordings and import said recordings and/or copies thereof into any country throughout the Territory all in accordance with the terms, conditions and limitations hereinafter set forth, and excluding only theatrical exhibition; provided, however, that Producer shall not be permitted to use the Composition in any device which does not embody the Picture substantially as generally released (excluding so-called Editors' and/or Directors' cuts, or other similar alterations) and for which the viewer is invited to manipulate the images and/or audio program material including the Composition in a non-linear (i.e. non-

sequential) progression. For the purposes hereof, the inclusion of "chapter stops" or other addressable locator codes of any kind on the applicable storage device shall not be deemed to constitute non-linear manipulation; and

(b) the non-exclusive, irrevocable right and license to publicly perform for profit or non-profit and authorize others to so perform the Composition in the exhibition of the Picture to audiences in motion picture theatres and other places of public entertainment where motion pictures are customarily exhibited including, but not limited to, in educational facilities, libraries, churches, summer camps, ships-at-sea, airplanes in-flight, hospitals, prisons, museums and military facilities throughout the Territory including, but not limited to, the United States, its territories and possessions ("U.S."), including the right to televise the Picture into such theatres and such other public places, with the understanding and upon condition that the performance of the Composition in the exhibition of the Picture by means of television for any other purpose whatsoever is subject to the provisions of Paragraph 6 as hereinafter provided.

6. The right to perform the Composition in the exhibition of the Picture by means of television (other than as described in Paragraph 5 hereinabove) including, but not limited to, by means of networks, local stations, free television, pay television, subscription television, satellite, CATV, basic cable and closed circuit into homes television (individually and collectively "TV Systems") in the United States, is and shall be available only under the following conditions:

(a) Performance of the Composition in the exhibition of the Picture may be made by means of TV Systems having valid performance licenses therefor from the American Society of Composers Authors and Publishers ("ASCAP"), Broadcast Music, Inc. ("BMI") or other applicable performing rights society, as the case may be.

(b) Performance of the Composition in the exhibition of the Picture by means of TV Systems not licensed for television by ASCAP, BMI or other applicable performing rights society, is subject to clearance of the performing right either from ASCAP, BMI or other applicable performing rights society, or from any other licensor acting for or on behalf of Publisher and in accordance with their customary practices and the payment of their customary fees. Publisher agrees that to the extent it controls said performing rights, Publisher shall negotiate a license with the applicable TV Systems owner in good faith.

7. Irrespective of any of the foregoing, it is understood that clearance by performance rights societies in such portion of the

Territory as is outside of the U.S. will be in accordance with their customary practices and the payment of their customary fees.

8. In full consideration of the rights granted herein by Publisher to Producer, Producer agrees to pay Publisher the sum of Three Thousand Dollars ($3,000) with respect to all the rights granted herein.

9. This license does not authorize or permit any use of the Composition not expressly set forth herein and does not include the right to alter the fundamental character of the music of the Composition (other than to edit the Composition for timing purposes), to use the title or subtitle of the Composition as the title of a motion picture, to use the story of the Composition, or to make any other use of the Composition not expressly authorized hereunder.

10. The recording and performing rights hereinabove granted include such rights for in-context trailers, advertisements and promotions solely for the advertising and exploitation of the Picture in any and all media now known or hereafter devised.

11. The recording and performing rights hereinabove granted shall endure for the universewide period of all copyrights in and to the Composition, and any and all renewal or extensions thereof without Producer having to pay any additional compensation therefor.

12. Provided the Composition is embodied in the Picture as aforesaid, Producer shall have the right (but not the obligation) to accord screen credit in connection therewith in the end titles of the Picture in substantially the following form:

**"It's Your Birthday"**
**Written by Luther Campbell**

All other characteristics of such credit shall be at Producer's sole discretion. The parties agree that any inadvertent failure to comply with the foregoing credit provision shall not be deemed a breach of this agreement; provided, however, that upon written notice from Publisher, Producer will use reasonable efforts to cure such credits on future prints of the Picture, if any.

13. Publisher warrants that it has the legal right to grant this license, that it owns and controls one hundred percent (100%) of the undivided right, title and interest in and to the Composition and that the use of the Composition hereunder will not violate the rights of any third party. Publisher shall indemnify and hold Producer harmless from any and all claims, liabilities, costs, losses, damages or expenses (including reasonable attorneys' fees and court costs) arising out of

any breach or failure of any covenants or warranties made by Publisher herein.

14. Publisher's rights and remedies in the event of a breach or an alleged breach of this license will be limited to Publisher's right, if any, to recover damages in an action at law, and in no event shall Publisher be entitled by reason of such breach or alleged breach to enjoin, restrain, or seek to enjoin or restrain the distribution or other exploitation of the Picture.

15. Publisher reserves all rights not expressly granted to Producer hereunder. All rights granted hereunder are granted on a non-exclusive basis.

16. Producer shall have the power and authority to assign its rights and obligations hereunder to any party whatsoever without Publisher's consent. This license is binding upon and shall inure to the benefit of the respective successors and/or assigns of the parties hereto.

17. No failure by Producer to perform any of its obligations hereunder shall be deemed a breach thereof, unless Publisher has given written notice of such failure to Producer and Producer does not cure such nonperformance within thirty (30) days after receipt of such notice.

18. Producer agrees to furnish Publisher with a cue sheet of the Picture within sixty (60) days after the initial general theatrical release of the Picture.

19. This license shall be governed by and subject to the laws of the State of California applicable to agreements made and to be wholly performed within such State.

\
\
\

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

**UNCLE P DISTRIBUTION, LLC**

By: _____

Its: _____**Secretary**_____

An Authorized Signatory

**LIL' JOE WEIN MUSIC, INC. (BMI)**

By: _____

Its: _____President_____

An Authorized Signatory

BMI No. 000667019

Federal ID No. 65-0545229

5