UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20079-CIV-HUCK/SIMONTON

LIL' JOE WEIN MUSIC, INC.,

    Plaintiff,

vs.

CURTIS JAMES JACKSON, p/k/a/ 50 CENT, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendants' Renewed Verified Motion for Attorneys' Fees and Full Costs, filed October 2, 2007 [D.E. #104]. The Honorable Andrea M. Simonton, United States Magistrate Judge, issued a Report and Recommendation on the petition [D.E. #118], filed on June 6, 2008, recommending that the Motion be granted in part. Magistrate Judge Simonton recommended that the Defendants be awarded $285,250.00 in attorneys fees and $35,656.65 in costs, for a total award of $320,906.65.

Plaintiff Lil' Joe Wein Music, Inc., has not objected to the Report and Recommendation so it is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED IN PART, and the Report is ADOPTED.

DONE AND ORDERED in chambers, Miami, Florida, July 1, 2008.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Andrea M. Simonton
All Counsel of Record